The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, *ex rel.*
BLOCKQUOTE, INC.,

                            Plaintiff,

        v.

LOTTE HOTEL HOLDINGS USA CO.,
LTD., *et al.*,

                            Defendants.

CASE NO.  2:24-cv-00476-LK

**FILED UNDER SEAL**

[PROPOSED] ORDER

The Court, having considered the Stipulation of Dismissal filed by the United States and Relator Blockquote, Inc., it is hereby ORDERED, pursuant to 31 U.S.C. § 3730(b)(1), that:

1.      The Parties having agreed to a settlement of certain claims raised in this matter;

2.      All of the claims set forth in the Complaint shall be dismissed against Defendants with prejudice, with prejudice to the Relator, and with prejudice to the United States, to the extent of the "Covered Conduct," as that term is defined in the Settlement Agreement executed by the United States, the Relator, and Defendant on October 21, 2025, but otherwise without prejudice to the United States;

3.      The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement;

4.      The seal shall be lifted on all matters in this action; and

[PROPOSED] ORDER - 1
2:24-cv-00476-LK
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.      The Clerk of the Court shall provide an executed copy of this Order to counsel for the United States and counsel for the Relator.


DATED this ___29th_____ day of ___April_____, 2026.


                                        _Lauren King_____
                                        LAUREN KING
                                        United States District Judge


Presented by:


s/ Matt Waldrop
_____
MATT WALDROP, Georgia Bar #349571
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4067
Email:  james.waldrop@usdoj.gov


s/ Jason Marcus
_____
JASON MARCUS, Georgia Bar No. 949698
Bracker & Marcus LLC
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone (770) 988-5035
Facsimile (678) 648-5544
Jason@FCACounsel.com


[PROPOSED] ORDER - 2
2:24-cv-00476-LK
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970